UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUDREY COURTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:20-cv-01109-SEB-TAB |
| | ) |
| HOOK-SUPERX, LLC d/b/a | ) |
| CVS PHARMACY | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF AUTOMATIC INITIAL
## EXTENSION OF TIME TO ANSWER COMPLAINT

Defendant, Hook-SupeRx, LLC d/b/a CVS Pharmacy, by counsel, pursuant to S.D. Ind. Local Rule 6-1(b) hereby notifies the Court of its automatic extension of time to answer or otherwise responsively plead to Plaintiff Audrey Courter's Complaint for Damages ("Complaint"), and in support of this request, states:

1. This case was removed to this Court from Marion County Superior Court on April 10, 2020.

2. The deadline for Hook-SupeRx, LLC d/b/a CVS Pharmacy to answer or otherwise plead in response to Plaintiff's Complaint is therefore seven (7) days after removal, or April 17, 2020.

3. Defendant's counsel reasonably needs more time to investigate this matter and confer with its client in order to respond to Plaintiff's Complaint.

4. Defendant therefore notifies the Court of an automatic extension of 28 days, to and including May 15, 2020, in which to file its answer or other responsive pleadings.

5. Counsel for the Plaintiff was contacted on April 10, 2020 as to their position on this automatic extension.  As of 5:00 p.m. on April 14, 2020, Counsel for Plaintiff has not responded.

6. No previous extensions have been requested by the Defendant.

7. This automatic extension of time does not affect the Case Management Plan, scheduled hearings, or other case deadlines as none are currently in place.

WHEREFORE, Hook-SupeRx, LLC d/b/a CVS Pharmacy, by counsel, notifies the Court of its automatic initial extension of 28 days, to and including May 15, 2020, to answer or otherwise responsively plead to Plaintiff's Complaint, and for all other just and proper relief.

Respectfully submitted,

*/s/ Alex M. Beeman*
Alex M. Beeman (31222-49)
Reminger Co., LPA
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN  46268
T: 317-663-8570/ F: 317-228-0943
nbrunette@reminger.com
abeeman@reminger.com
***Counsel for Defendant Hook-SupeRx, LLC d/b/a CVS Pharmacy***

## CERTIFICATE OF SERVICE

     I certify that the foregoing document has been electronically filed and served using the United States District Court's CM/ECF system on April 14, 2020 to:

Sarah Graziano
Eileen Smart
HENSLEY LEGAL GROUP, PC
117 East Washington Street, Suite 200
Indianapolis, IN 46204
sgraziano@hensleylegal.com
esmart@hensleylegal.com
*Counsel for Plaintiff*

                                      */s/ Alex M. Beeman*
                                      Alex M. Beeman (31222-49)
                                      Reminger Co., LPA