UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUDREY COURTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:20-cv-01109-SEB-TAB |
| ) | |
| HOOK-SUPERX, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF REFERENCE

The parties have indicated their consent to the exercise of jurisdiction by a United States Magistrate Judge by the filing of a joint consent [Dkt. 10]. It is, therefore, ORDERED, that this case be referred to the currently assigned United States Magistrate Judge, The Honorable Tim A. Baker, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. The cause number of this action shall be amended to reflect the referral of this action to the Magistrate Judge. Please use altered case no. **1:20-cv-01109-TAB-SEB** on all future filings with this court.

**IT IS SO ORDERED.**

Date: 4/21/2020

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Alex Maurice Beeman
REMINGER CO. LPA (Indianapolis)
abeeman@reminger.com

Nicholas Gene Brunette
REMINGER CO. LPA (Indianapolis)
nbrunette@reminger.com

Sarah Jane Graziano
HENSLEY LEGAL GROUP, PC
sgraziano@hensleylegal.com

Eileen Ruth Smart
HENSLEY LEGAL GROUP
esmart@hensleylegal.com